IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50774
Summary Calendar
_____

TIA ROBERTS,

                                        Plaintiff-Appellant,

versus

MEDICAL CENTER HOSPITAL,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-97-CV-6
- - - - - - - - - -

April 8, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Tia Roberts filed this appeal from the district court's
grant of summary judgment in favor of her former employer,
Medical Center Hospital.  Roberts brought this action against her
former employer challenging her termination for excessive
absences and "related issues".  She claims that her termination
violated the Family and Medical Leave Act (FMLA) because her
absences from work were necessitated by a serious health
condition.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Roberts argues that the district court erred when it determined that she failed to provide her employer with adequate notice that she suffered from a serious health condition. She further argues that the district court erred in considering reasons unrelated to her health condition as an alternate justification for her termination.

Roberts's failure to comply with her former employer's numerous requests to provide certification of her illness from her physician convinces us that summary judgment was not erroneous in this case. See 29 U.S.C. § 2613(a); see also 29 C.F.R. § 825.208(a)(1).

AFFIRMED.